# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JASON TUCKER,

        Plaintiff,

vs.

STEVEN WOLFSON, *et al.*,

        Defendants.

2:15-cv-01426-APG-VCF

**ORDER**

    Before the Court is Plaintiff's Motion to Amend Complaint.  (#9).

    This action commenced on July 27, 2016.  Plaintiff filed a motion to proceed *in forma pauperis*. (#1).  The motion to proceed *in forma pauperis* was granted and the undersigned recommended that Plaintiff's complaint be dismissed with leave to amend.  (#5).  On January 25, 2016, Judge Gordon entered an Order accepting the Report and Recommendation.  (#8).

    Plaintiff's third, forth, and fifth claims are dismissed with prejudice.  Plaintiff's first and second claims are dismissed without prejudice.  Plaintiff had until February 24, 2016 to file an amended complaint repleading his first and second claims, to cure the defects.  *Id.* On February 16, 2016, Plaintiff filed the instant motion to amend complaint (#9) without an attached amended complaint.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint (#9) is DENIED as unnecessary.

    Plaintiff has until May 12, 2016 to file an amended complaint repleading his first and second claims, if he can cure the defects discussed in the Report and Recommendation (#5).

    DATED this 11th day of April, 2016.

                                                       CAM FERENBACH
                                                       UNITED STATES MAGISTRATE JUDGE