**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JASON S. TUCKER,<br><br>                    Plaintiff,<br><br>    v.<br><br>STEVE WOLFSON and DOWISHIA CAMPBELL,<br><br>                    Defendants. | Case No. 2:15-cv-01426-APG-VCF<br><br>**ORDER DISMISSING CASE** |

    I previously ordered plaintiff Jason S. Tucker to file an amended complaint by February 24, 2016.  ECF No. 8.  Tucker did not do so.  Additionally, it appears Tucker has failed to comply with Local Rule IA 3-1, which requires a pro se party to immediately notify the court of any of change of address. *See* ECF No. 11.  Failure to comply with this rule may result in dismissal or "other sanctions as deemed appropriate by the court." LR IA 3-1.

    IT IS THEREFORE ORDERED that this case **is DISMISSED without prejudice**.

Dated:  June 3, 2016.

                                                      _____<br>
                                                      ANDREW P. GORDON<br>
                                                      UNITED STATES DISTRICT JUDGE